FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MANUEL REYES, | ) | NO. CV 08-2572-CBM(CT) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| DERRAL G. ADAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

In accord with the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED that the petition is denied and dismissed.

DATED: 5/5/08

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE